DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SMITH

No. 544P89

Case below: 96 N.C.App. 235

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1990.

STATE v. TESSENAIR

No. 51P90

Case below: 97 N.C.App. 334

Petition by defendant for writ of supersedeas and temporary stay denied 6 February 1990.

STATE v. THOMAS

No. 3P90

Case below: 96 N.C.App. 515

Motion by the Attorney General to dismiss appeal for lack of significant public interest allowed 7 February 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1990. Petition by defendant for writ of supersedeas denied and temporary stay dissolved 7 February 1990.